433 A.2d 525

Commonwealth v. Christy, Jr., Appellant.

Submitted November 14, 1980. Timothy R. Bonner, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence is affirmed.

433 A.2d 526

Commonwealth v. Cintron, Appellant.

Submitted June 13, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania is sitting by designation.